FILED
CLERK, U.S. DISTRICT COURT

OCT 17 2023

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

        v.

Saulo Solares,

              Defendant.

Case No. 2:23-CR-00429-JFW

ORDER DENYING DEFENDANT'S
APPLICATION TO RECONSIDER
ORDER DENYING PRETRIAL RELEASE

I.

     This matter is before the court on defendant's application to reconsider the court's 9/13/2023 order denying pretrial release and imposing detention pursuant to 18 U.S.C. § 3142(e) ("Defendant's Application").

     The Government ( ) is (✓) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

II.

A. ( ✓ )   The Court finds by a preponderance of the evidence
that no condition or combination of conditions
will reasonably assure the appearance of defendant
as required;

B. ( ✓ )   The Court finds by clear and convincing evidence
that no condition or combination of conditions
will reasonably assure the safety of any other
person and the community.

III.

The Court has considered:

A. ( ✓ ) the nature and circumstances of the offense(s) charged;

B. ( ✓ ) the weight of the evidence against defendant;

C. ( ✓ ) the history and characteristics of defendant;

D. ( ✓ ) the nature and seriousness of the danger to any person
or the community that would be posed by defendant's
release;

E. ( ✓ ) the Pretrial Services Report/Recommendation;

F. ( ✓ ) the evidence proffered/presented at the hearing;

G. ( ✓ ) the arguments of counsel.

IV.

The Court concludes:

A. ( ✓ ) Defendant poses a risk to the safety of other persons
and the community based on: <u>instant allegations,</u>
<u>extensive</u> <u>criminal history; substance abuse history;</u>
<u>apparent criminal activity while under LA County</u>
<u>supervision; possession of illegal drugs at time</u>
<u>of arrest.</u>

1   B.   ( ✓ ) Defendant poses a serious flight risk based on: _____

2   _Substance above history; failure to appear_

3   _history_

4   _____

5   C.   ( ) A serious risk exists that defendant will:

6        1.   ( ) obstruct or attempt to obstruct justice;

7        2.   ( ) threaten, injure or intimidate a prospective

8             witness or juror or attempt to do so;

9   based on: _____

10  _____

11  _____

12  _____

13  D.   ( ) Defendant has not rebutted by sufficient evidence to

14       the contrary the presumption provided in 18 U.S.C.

15       § 3142(e) that no condition or combination of

16       conditions will reasonably assure the safety of any

17       other person and the community;

18  and/or

19       ( ) Defendant has not rebutted by sufficient evidence to

20       the contrary the presumption provided in 18 U.S.C.

21       § 3142(e) that no condition or combination of

22       conditions will reasonably assure the appearance of

23       defendant as required.

24  IT IS ORDERED that Defendant's Application is denied and that

25  defendant be detained prior to trial.

26  IT IS FURTHER ORDERED that defendant be committed to the custody

27  of the Attorney General for confinement to a corrections facility

28

separate, to the extent practicable, from persons awaiting or serving sentences or persons held in custody pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with defendant's counsel.

IT IS FURTHER ORDERED that, on Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED:   10/17/2023

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge